IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DARLENE OLIVIA VARELA,

    Plaintiff,

v.

                                              1:23-cv-00818-WJ-JMR

MARTIN O'MALLEY,
Commissioner of Social
Security,

    Defendant.

## FINAL JUDGMENT

Having granted Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 32),

IT IS HEREBY ORDERED that this Final Judgment is entered pursuant to Rule 58 in favor of Plaintiff, and this matter is hereby remanded to the Commissioner for further proceedings.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE